UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80609-CIV-MIDDLEBROOKS/WHITE

JORGE HERRERA LUVIANO,
    Petitioner,
v.
UNITED STATES OF AMERICA.,
    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Jorge Herrera Luviano's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 ("Complaint") (DE 1), filed on June 7, 2012. The matter was referred to the Honorable United States Magistrate Judge Patrick A. White. A Report and Recommendation dated March 25, 2013 has been filed recommending that the Complaint be dismissed because Luviano failed to show that the Court erred in denying objections to his criminal history computation. DE 12. No objections to the Magistrate Judge's Report and Recommendations were filed. I have conducted a *de novo* review of the file, and am otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report and Recommendation (DE 12) is hereby **RATIFIED, ADOPTED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Complaint pursuant to 28 U.S.C. § 2255 (DE 1) is hereby **DISMISSED**. The Clerk of Court shall **CLOSE** this case. All pending motions are **DENIED AS MOOT**. It is further

**ORDERED AND ADJUDGED** that a Certificate of Appealability be **DENIED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _13_ day of May, 2013.

Copies to:    Magistrate Judge White;
              All counsel of record;
              Jorge Herrera Luviano, *pro se*,
              P.O. Box 2000
              Folkston, GA, 31537

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE